IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:18-00339-KD-MU |
| | ) |
| **ANTHONY JEROME CARTER,** | ) |
|     Defendant. | ) |

**ORDER**

This action is before the Court on Defendant Anthony Jerome Carter's Motion to Dismiss the Indictment under the Second Amendment and <u>New York State Rifle & Pistol Ass'n, Inc. v. Bruen</u>, 213 L. Ed. 2d 387, 142 S.Ct. 2111 (2022) (Doc. 47); and the United States' Response (Doc. 50). By reaffirming and adhering to its reasoning in <u>D.C. v. Heller</u>, 554 U.S. 570, 128 S.Ct. 2783, 171 L. Ed. 2d 637 (2008) and <u>McDonald v. City of Chicago, Ill.</u>, 561 U.S. 742, 130 S.Ct. 3020, 177 L. Ed. 2d 894 (2010) the Supreme Court in <u>New York State Rifle & Pistol Ass'n, Inc. v. Bruen</u>, 213 L. Ed. 2d 387, 142 S.Ct. 2111 (2022) did not change the regulatory framework that prohibits felons from possessing firearms. Moreover, the Eleventh Circuit has previously rejected a Second Amendment challenge to 922(g)(1) in <u>United States v. Rozier</u>, 598 F.3d 768 (11th Cir. 2010). Accordingly, Defendant Carter's Motion to Dismiss (Doc. 47) is **DENIED.**[1]

**DONE** and **ORDERED** this the **11th** day of **January 2024.**

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**

---

[1] Additionally, Carter's December 11, 2023 motion to dismiss was filed more than 4½ years after he was sentenced and final judgment issued on April 18, 2019 (Doc. 31), yet his motion asserts no legal grounds for dismissal at this point in time.